Case 4:22-cr-00030-DC   Document: 115-1   Page: 1   Date Filed: 03/01/2023

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 01, 2023

```
Mr. Philip Devlin
Western District of Texas, Pecos
United States District Court
410 S. Cedar Street
U. S. Post Office & Courthouse
Room 203
Pecos, TX 79772-0000
```

```
      No. 22-50495   USA v. Calvo-Perez
                     USDC No. 4:22-CR-30-1
                     USDC No. 4:21-CR-801-1
```

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk


                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642
```

cc:  
    Ms. Maureen Scott Franco  
    Mr. Joseph H. Gay Jr.  
    Ms. Judy Fulmer Madewell

# United States Court of Appeals
## for the Fifth Circuit

---

No. 22-50495

CONSOLIDATED WITH

No. 22-50496

Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

February 7, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

BEQUER CALVO-PEREZ,

*Defendant—Appellant.*

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:22-CR-30-1, 4:21-CR-801-1

---

Before STEWART, DENNIS, and WILLETT, *Circuit Judges.*

PER CURIAM:*

Bequer Calvo-Perez appeals his conviction and sentence for illegal reentry after removal in violation of 8 U.S.C. § 1326(a) and (b)(1), along with the revocation of a term of supervised release he was serving for a prior

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50495
c/w No. 22-50496

offense.  He has not briefed the validity of the revocation of his supervised release or his revocation sentence and has, therefore, abandoned any challenge to them.  *See United States v. Reagan*, 596 F.3d 251, 254-55 (5th Cir. 2010).

In his sole issue on appeal, Calvo-Perez contends that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum based on facts that were neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  He has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Calvo-Perez's motion is GRANTED, and the district court's judgment is AFFIRMED.



# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Mar 01, 2023

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-50496
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 7, 2023
Lyle W. Cayce
Clerk

United States of America,

        *Plaintiff—Appellee,*

versus

Bequer Calvo-Perez,

        *Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-801-1

---

Before Stewart, Dennis, and Willett, *Circuit Judges*.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Case 4:22-cr-00030    Document: 00516660926    Page: 03/01/23    Date Filed: 03/01/2023



Certified as a true copy and issued as the mandate on Mar 01, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50495
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
February 7, 2023
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Bequer Calvo-Perez,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-30-1

_____

Before Stewart, Dennis, and Willett, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.